676

(April 29, 1959)

In the Matter of the Claim of JOHN D. MCLEAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for further consideration of the decision of this court (4 A D 2d 917), handed down October 19, 1957, or for reargument. Application denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. MULLIGAN, Appellant.— Motion for permission to appeal as a poor person from an order of the Broome County Court which denied without hearing a motion to vacate a 1947 judgment of conviction. Motion denied upon the ground that the moving papers fail to disclose any meritorious ground for appeal. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.